## ZAVELLO v. WOODRUFF.
(Decided April 23, 1913.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

S. B. STERN, and C. B. POWELL, for appellant.   N. L. STEELE, for appellee.

Per curiam.   Errors confessed.   Reversed and remanded.

---

## MERIDIAN LIFE I. CO. v. DEAN.
(Decided April 17, 1913.)

APPEAL from Conecuh Circuit Court.

Heard before Hon. A. E. GAMBLE.

J. T. MOLL, RUSHTON, WILLIAMS & CRENSHAW, and RABB & PAGE, for appellant.   HAMILTON & CRUMPTON, and D. M. POWELL, for appellee.

MAYFIELD, J.—Affirmed on the authority of *Meridian L. I. Co. v. Dean,* 182 Ala. 127.

All the Justices concur.

---

## BIGHAM v. THE STATE.
(Decided May 15, 1913.)

APPEAL from Tuscaloosa Circuit Court.

Heard before Hon. BERNARD HARWOOD.

JAMES RICE, for appellant.   R. C. BRICKELL, Attorney General, for the State.

ANDERSON, J.—Affirmed.